**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert D. Ware
425 Second Street, NW
Washington, DC 20001
202-393-9132
E-mail – bus_adm2006@yahoo.com

CI'

CASE NUMBER 1:06CV01030

JUDGE: Richard W. Roberts

vs.

DECK TYPE: Employment Discrimination

Mike Leavitt, Secretary
Department Of Health and Human Services
5600 Fishers Lane
Rockville, MD 20756

DATE STAMP: 06/05/2006

## COMPLAINT

I am requesting a hearing relative to my complaint against the Department Of Health and Human Services relative to a wrongful termination/sexual harassment complaint which has not received "due process" or a hearing at any levels of the federal government. The Department Of Equal Opportunity Commission ruled I have exhausted the administrative appeals process relative to my complaint. I am requesting that the U.S. District Court For The District Of Columbia to grant me a hearing. I am requesting an attorney to assist in this process according to the provisions of Title VII of the Civil Rights Act of 1964. I am also requesting that applicable back pay be received from the time of termination to the present, in addition to compensatory damages of $15,000, and punitive damages of $10,000. I also am requesting restoration to service within the federal government, and a trial by jury.

Robert D. Ware
425 Second Street, NW
Washington, DC 20001

**RECEIVED**

MAY 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

Robert D. Ware,
Complainant,

v.

Mike Leavitt,
Secretary,
Department of Health and Human Services,
Agency.

Request No. 05A60509

Appeal No. 01A60615

Agency No. 10023

## DENIAL

Complainant timely requested reconsideration of the decision in *Robert D. Ware v. Department of Health and Human Services*, EEOC Appeal No. 01A60615 (March 2, 2006). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. See 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 01A60615 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her

2                                                                                          05A60509

full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File a Civil Action").
FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

APR - 7 2006
_____
Date

3                                                                 05A60509

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Robert D. Ware
425 Second St NW
Washington, DC 20001

Bonita V. White, Assistant Secretary
Management/Budget/EEO
Department of Health and Human Services
200 Independence Ave., SW #514-G
Washington, DC 20201

APR - 7 2006
_____
Date

_[signature]_
_____
Equal Opportunity Assistant