FILED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert D. Ware
425 Second Street, NW
Washington, DC 20001
202-393-9132
E-mail – bus_adm2006@yahoo.com

CIVIL ACTION NO. **06 1030**

vs.

Mike Leavitt, Secretary
Department Of Health and Human Services
5600 Fishers Lane
Rockville, MD 20756

## AMENDED COMPLAINT

I am requesting a hearing relative to my complaint against the Department Of Health and Human Services relative to a wrongful termination/sexual harassment complaint which has not received "due process" or a hearing at any levels of the federal government. The Department Of Equal Opportunity Commission ruled I have exhausted the administrative appeals process relative to my complaint. I am requesting that the U.S. District Court For The District Of Columbia to grant me a hearing. I am requesting an attorney to assist in this process according to the provisions of Title VII of the Civil Rights Act of 1964. I am also requesting that applicable back pay of $150,000 be paid, in addition, to compensatory damages of $15,000, and punitive damages of $10,000. I also am requesting restoration to service within the federal government, and a trial by jury.

Robert D. Ware
425 Second Street, NW
Washington, DC  20001

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3