UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT D. WARE,              :
    Plaintiff                :
                             : Civil No. 06-1030 (RWR)
v.                           :
                             :
MIKE LEAVITT,                :
    Defendant                :

## ANSWER

Defendant, by and through his undersigned attorneys, hereby answers Plaintiff's Amended Complaint as follows:

### FIRST DEFENSE

The District of Columbia is not the proper venue for this matter.

### SECOND DEFENSE

Plaintiff failed to properly exhaust his administrative remedies.

### THIRD DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### FOURTH DEFENSE

Defendant took reasonable care to prevent and correct any discrimination or sexual harassment that plaintiff may claim, however, plaintiff did not avail himself of the preventive or remedial apparatus.

### FIFTH DEFENSE

Defendant responds to the unnumbered paragraph of the Amended Complaint as follows:

Sentence 1 is plaintiff's request for a hearing to which no response is required. To the extent a response is deemed to be required, defendant denies that there was any wrongful

termination or sexual harassment by defendant.

Sentence 2 is denied.

Sentence 3 is plaintiff's request for a hearing to which no response is required.

Sentence 4 is plaintiff's request for an attorney to which no response is required.

Sentence 5 and the first clause in sentence 6 is plaintiff's request for relief to which no response is required; to the extent a response is deemed to be required, defendant denies that plaintiff is entitled to any relief.

Sentence 6, second clause, is plaintiff's request for a jury trial to which no response is required.

Any allegations in plaintiff's complaint which are not specifically admitted herein are denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of August, 2006, a copy of the foregoing Answer was mailed, postage prepaid to plaintiff pro se,
Robert D. Ware
425 Second St., NW
Washington, D.C. 20001.

                                            Rhonda C. Fields
                                            Assistant United States Attorney