UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT D. WARE,
    Plaintiff

v.

    : Civil No. 06-1030 (RWR)

MIKE LEAVITT,
    Defendant

## DECLARATION OF MATTHEW GREEN

1. My position is as a Supervisory Human Resources Specialist (Labor and Employee Relations) in the Rockville Human Resources Center, Department of Health and Human Services.

2. I have reviewed the plaintiff's official personnel folder Standard Form-50s which were stored in Labor and Employee Relations Office file room, and determined that, at all times relevant to this complaint, the plaintiff worked in the Office of Management and Program Support, Health Resources and Services Administration, Department of Health and Human Services.

3. On November 4, 2001 Robert D. Ware was hired as an Administrative Associate in the HRSA Scholars Program. His employment was terminated effective October 4, 2002

4. At all times while employed by this agency Robert D. Ware's duty station was in Rockville, Maryland and his official personnel file was maintained in Rockville, Maryland.

5. The notice advising Mr. Ware that his employment would be terminated was issued to him from our Rockville, Maryland office.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Executed this 12th day of September, 2006 in Rockville, Maryland.

*Matthew Green*
*Supervisory Human Resources Specialist*
Rockville Human Resources Center
Department of Health and Human Services