# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT D. WARE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>)<br>Defendant. )<br>) | Civil No. 06-1030 (RWR) |

### ORDER

Upon consideration of defendant's motion to dismiss for lack of venue, or in the alternative to transfer, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that this case shall be transferred to the District of Maryland.

Date: _____
UNITED STATES DISTRICT JUDGE