RECEIVED
OCT 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert D. Ware
425 Second Street, NW
Washington, DC 20001
202-393-9132
E-mail – bus_adm2006@yahoo.com

CIVIL ACTION NO. 1:06-cv-1030RWR

vs.

Mike Leavitt, Secretary
Department Of Health and Human Services
5600 Fishers Lane
Rockville, MD 20756

### Motion For A Court Appointed Attorney

I have submitted an "Informa Pauperis" which was granted approximately June 10, 2006. Because this filing was favorable, I am petitioning the District Of Columbia Court of Appeals to supply legal representation. Your cooperation in this endeavor will be greatly appreciated.

Robert D. Ware

RECEIVED
OCT - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert D. Ware
425 Second Street, NW
Washington, DC 20001
202-393-9132
E-mail – bus_adm2006@yahoo.com

CIVIL ACTION NO. 1:06-cv-1030RWR

vs.

Mike Leavitt, Secretary
Department Of Health and Human Services
5600 Fishers Lane
Rockville, MD 20756

## Motion For A Court Appointed Attorney

I have submitted an "Informa Pauperis" which was granted approximately June 10, 2006. Because this filing was favorable, I am petitioning the District Of Columbia Court of Appeals to supply legal representation. Your cooperation in this endeavor will be greatly appreciated.

*Robert D. Ware*
Robert D. Ware