RECEIVED
OCT 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert D. Ware  
Plaintiff  
425 Second Street, NW  
Washington, DC 20001  
202-393-9132  
E-mail – bus_adm2006@yahoo.com

10/17/2006

CIVIL ACTION NO. 1:06-cv-1030-RWR

Vs.

Mike Leavitt, Secretary  
Defendant  
Department Of Health and Human Services  
5600 Fishers Lane  
Rockville, MD 20756

### Answer To Lack Of Venue, Or Transfer

In responding to the Defenses Motion For A Lack Of Venue, or Transfer, I am submitting for the record an objection because of the undue stress and hardship imposed upon the plaintiff. This is a result of long-term unemployment resulting from the wrongful termination issue. The plaintiff requests the legal proceedings relative to this case remain within Washington, DC, where he resides. There would be no stress or hardship for the Defendant to commute to the Washington, DC Courthouse for the legal proceedings. The Defense Counsel office is within a very close proximity to the courthouse in Washington, DC, less than ¼ mile, posing no undue duress. In addition, the Maryland venue poses a hostile, and vindictive environment for the Plaintiff because

RECEIVED
OCT 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

it was within Maryland where he was forcibly removed from the workplace without reason, and denied repeated requests for a hearing to address his grievance. The plethora of legal enactments cited by the Defense are generic, and without merit. The Defense cites a problem obtaining the employment records of the Plaintiff which would be no problem to obtain, because it is within the same governmental agency, and located within approximately 7 miles of the DC Court Of Appeals. Because of the infeasibility of the Defense's argument, and in the interest of justice, I am requesting the legal proceedings relative to this case remain within Washington, DC, pursuant to the provisions of 28 U.S.C. § 1406(a) Title VII.

Thanks

Robert D. Ware